807

IN RE APPLICATION OF FRE LE POOLE GRIFFITHS FOR
ADMISSION TO THE BAR

The Supreme Court of the United States having
by its judgment dated June 25, 1973, reversed the
judgment of this court announced February 15, 1972,
finding no error in the judgment of the Superior
Court in New Haven County dated December 21,
1970, and having remanded the cause to this court
for further proceedings, it is ordered that the judg-
ment of the Superior Court dated December 21,
1970, be, and the same hereby is, set aside and the
case be, and the same hereby is, remanded to the
Superior Court for further proceedings not incon-
sistent with the opinion of the Supreme Court of the
United States announced June 25, 1973, in the case
of *In re Griffiths,* 162 Conn. 249, 294 A.2d 281.

Decided September 25, 1973

MILDRED P. WHITNEY *v.* JOHN C. O'BRIEN

The plaintiff's motion to dismiss the appeal from
the Court of Common Pleas in Fairfield County at
Stamford is denied.

*R. Richard Koina,* for the appellee (plaintiff).

*John C. O'Brien,* pro se, the appellant (defend-
ant).

Argued October 2—decided October 2, 1973

CARABETTA ENTERPRISES *v.* CITY OF NEW BRITAIN

The plaintiff's motion to dismiss the appeal from
the Superior Court in Hartford County is granted.

*Maxwell Heiman,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued October 2—decided October 2, 1973